UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN A. ROSS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-2054** |
| **CAROLYN W. COLVIN,** <br> **COMMISSIONER SOCIAL SECURITY** <br> **ADMINISTRATION** | **SECTION: "E" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying John A. Ross Jr.'s claim for disability benefits and Supplemental Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana this 22nd day of March, 2016.

_____
**UNITED STATES DISTRICT JUDGE**